EVA DAVIS et al., Appellants, *v.* CITY OF NEW YORK, Respondent.

Argued January 14, 1947; decided February 27, 1947.

*Robert Hyman* for appellants.

*John J. Bennett, Corporation Counsel (David M. Fuchs* and *Seymour B. Quel* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., DESMOND, THACHER, DYE and FULD, JJ. Dissenting: LEWIS, J. Taking no part: CONWAY, J.